CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 6 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BLAS RODRIGUEZ CASTILLO,  )  <br>     Plaintiff,               ) <br>                            ) <br> v.                         ) <br>                            ) <br> B. T. MICHAEL, et. al.,     ) <br>     Defendant(s).        ) | Civil Action No. 7:07-cv-00470 <br><br> **FINAL ORDER** <br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court. It is further **ORDERED** that as plaintiff's allegations fail to state any claim upon which relief could be granted, his motion for appointment of counsel (Dkt. No. 10) is hereby **DENIED** for lack of cause shown.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 16th day of November, 2007.

/s/ James C. Turk
Senior United States District Judge